NCOApp
(Rev. 08/2025)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: April 6, 2026**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| *In re:* | : |
| | : |
| VICKIE MICHELLE STRINGER | : |
| | : Case No. 26-50153 |
| | : Chapter 13 |
| | : |
| *Debtor(s).* | : Judge Mina Nami Khorrami |
| | : |
| VICKIE MICHELLE STRINGER | : |
| | : |
| *Plaintiff(s).* | : Adv. Pro. No. 26-2017 |
| | : |
| V. | : |
| | : |
| WILMINGTON SAVINGS FUND SOCIETY FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST X-B | : |
| | : |
| *Defendant(s).* | |

---

### ORDER REGARDING MOTION/APPLICATION (DOC. NO. 4) DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES

---

NCOXp
(Rev. 08/2025)

The above-referenced Motion or Application (hereinafter, the "Motion" regardless of title) does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒   The certificate of service reflects that

Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-B

was served at an address other than the address found on debtor(s)' petition or schedules, the notice address on the addressee's proof of claim, or an address on the addressee's prior filing. (LBR 9013-3 (g) requires that if the address used for service of any filing, application, motion or other paper or document differs either from the address shown in the debtor's petition or schedules, the notice address on the addressee's proof of claim, or an address on the addressee's prior filing, if any, said difference must be explained.) Because of the discrepancies in addresses, the court is unable to determine if service of the motion is proper.

☒   | The proposed redacted document is not attached to the Motion. (See Fed. R. Bankr. P. 9037(h)(1) (B).) The Motion does not include the docket or proof-of-claim number of the previously filed document (See Fed. R. Bankr. P. 9037(h)(1)(C).)  A proposed order was not uploaded.

It is **ORDERED** that Movant shall file **within fourteen (14) days from the entry of this Order** an amended motion consistent with this Order.  If an amended motion is not filed **within fourteen (14) days from the entry of this Order**, the Court may deny the Motion without further notice or hearing.

**SO ORDERED.**

Copies To:

Vickie Michelle Stringer
3124 Genevieve Drive
Columbus, OH 43219

Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-B
500 Delaware Avenue
Wilmington, DE 19801

United States Bankruptcy Court

Southern District of Ohio

Stringer,

    Plaintiff

Wilmington Savings Fund Society FSB,

    Defendant

Adv. Proc. No. 26-02017-mnk

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-2 | User: ad | Page 1 of 1 |
| Date Rcvd: Apr 07, 2026 | Form ID: pdf01 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion09.cb.ecf@usdoj.gov | Apr 07 2026 18:41:00 | Asst US Trustee (Col), Office of the US Trustee, 170 North High Street, Suite 200, Columbus, OH 43215-2417 |
| pla | + Email/PDF: vickiemstringer@gmail.com | Apr 07 2026 18:40:00 | Vickie Michelle Stringer, 3124 Genevieve Drive, Columbus, OH 43219-3087 |
| dft | + Email/Text: Bankruptcy@wsfsbank.com | Apr 07 2026 18:41:00 | Wilmington Savings Fund Society FSB, 500 Delaware Avenue, Wilmington, DE 19801-1490 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026          Signature:      /s/Gustava Winters